Dismissed and Memorandum Opinion filed October 12, 2006








Dismissed
and Memorandum Opinion filed October 12, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00772-CV

____________

 

CAROLYN DARLENE CORBELL, Appellant

 

V.

 

CRAIG ALLEN CORBELL, Appellee

 



 

On Appeal from the 300th District
Court 

Brazoria County,
Texas

Trial Court Cause No. 34282

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 7, 2006.  On October 3, 2006, the parties
filed an agreed  motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
12, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.